IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| RUSSELL M. HOLSTEIN, PH.D., LLC a New Jersey limited liability company, individually and as the representative of a class of similarly-situated persons,<br><br>                Plaintiff,<br><br>v.<br><br>IMCS GROUP, INC. and JOHN DOES 1-10,<br><br>                Defendants. | Civil Action No.: 3:15-cv-08475-PGS<br><br>**CLASS ACTION** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff, RUSSELL M. HOLSTEIN, PH.D., LLC, through its undersigned attorneys, hereby voluntarily dismisses this action with prejudice, the class allegations without prejudice, each side to bear its own costs.

        RUSSELL M. HOLSTEIN, PH.D., LLC,
        individually and as the representative of a class of
        similarly-situated persons

        By: s/Matthew N. Fiorovanti
             Matthew N. Fiorovanti

SO ORDERED: [signature]
DATED: 1/31/16

        Michael J. Canning
        Matthew N. Fiorovanti
        Giordano, Halleran & Ciesla
        125 Half Mile Road, Suite 300
        Red Bank, New Jersey 07701-6777
        Telephone: 732-741-3900 / Fax: 732-224-6599

        Brian J. Wanca
        Ryan M. Kelly
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL 60008
        Telephone: 847-368-1500 / Fax: 847-368-1501



## CERTIFICATE OF SERVICE

    I hereby certify that on January 12, 2016, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filings to all counsel of record.


                                            /s/Matthew N. Fiorovanti
                                              Matthew N. Fiorovanti